FILED COPY

2012 AUG 31 PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CR12-0844

| UNITED STATES OF AMERICA, | ) | CR No. |
| --- | --- | --- |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud] |
| BENGA AKANNI OYENIRAN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

[18 U.S.C. § 1349]

Beginning in or before 2010, and continuing through in or about July 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant BENGA AKANNI OYENIRAN ("defendant"), together with others known and unknown to the United States Attorney, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out and to be carried out, in substance, as follows: defendant would obtain victims' identifying information from stolen mail and online searches and would apply for new or replacement credit cards in the names of

the victims but using addresses he controlled.  Defendant and his co-conspirators would then use the fraudulently obtained credit cards to make ATM withdrawals and purchases, including at collusive merchants who would split the proceeds.  Federally-insured financial institutions which were defrauded as a result of this conspiracy include Fifth Third Bank, Chase Bank, GE Capital Bank, Citibank, and Capital One.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

RANEE KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section