# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY



Case Number __CR12-0844__   Defendant Number __1__
U.S.A. v. __BENGA AKANNI OYENIRAN__   Year of Birth __1967__
☐ Indictment   ☑ Information   Investigative agency (FBI, DEA, etc.) __USPIS__

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE
a. Offense charged as a:
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
   ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense __July 11, 2012__
c. County in which first offense occurred __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles     ☐ Ventura
   ☐ Orange          ☐ Santa Barbara
   ☐ Riverside       ☐ San Luis Obispo
   ☐ San Bernardino  ☐ Other _____
Citation of offense __18 USC Sect. 1349, 1344__

## RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __August 2, 2012__
   Case Number __12-1863M__
   Charging __18 USC Sect. 1349, 1344__

The complaint:   ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*       ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*       ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
IS THIS A NEW DEFENDANT?   ☐ Yes       ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*       ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*       ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes        ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes       ☑ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

## OTHER

- ☑ Male
- ☐ Female
- ☐ U.S. Citizen
- ☑ Alien

Alias Name(s) _____

_____

This defendant is charged in: ☑ All counts
☐ Only counts: _____

- ☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.
- ☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?         ☐ Yes    ☑ No
IF YES, should matter be sealed? ☐ Yes    ☑ No

The area of substantive law that will be involved in this case includes:

- ☑ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

## CUSTODY STATUS

**Defendant is not in custody:**
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?      ☐ Yes    ☐ No
d. Is a Fugitive          ☐ Yes    ☐ No
e. Is on bail or release from another district:
   _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.     ☐ Yes    ☐ No

**Defendant is in custody:**
a. Place of incarceration:   ☐ State    ☑ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number: 16658-112
d. ☑ Solely on this charge. Date and time of arrest: August 6, 2012
e. On another conviction:   ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20  ____ 21  ____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

Date August 30, 2012

Signature of Assistant U.S. Attorney

Andrew Brown (x0102)
*Print Name*