# *Memorandum*



| Subj: | Date: |
|---|---|
| United States v. Benga Akanni Oyeniran, | August 30, 2012 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | Andrew Brown<br>Assistant United States Attorney<br>Criminal Division |

For purposes of determining whether the above-referenced matter being filed on August 31, 2012, should be assigned to the Honorable Michael W. Fitzgerald, it

    [ ] is

    **[X] is not**

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

Andrew Brown
Assistant United States Attorney
Criminal Division