**ALEX R. KESSEL, ESQ. (State Bar No. 110715)**
LAW OFFICES OF ALEX R. KESSEL
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: 818-995-1422
Facsimile: 818-788-9408

Attorney for Defendant,
**BENGA AKANNI OYENIRAN**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENGA AKANNI OYENIRAN,<br><br>Defendant. | CASE NO.: 2: 12-cr-00844<br><br>**STIPULATION FOR CONTINUANCE OF POST INDICTMENT ARRAIGNMENT HEARING**<br><br>**Current Hearing Date: September 10, 2012**<br>**Current Hearing Time: 1:00 p.m.**<br><br>**Proposed Hearing Date: October 1, 2012**<br>**Proposed Hearing Time: 1:00 p.m.** |
|---|---|

Defendant BENGA AKANNI OYENIRAN, both individually and by and through his attorney of record, Alex R. Kessel, and Plaintiff, United States of America, by and though its attorney of record, Andrew Brown, hereby stipulate as follows:

1. The Court has set a Post Indictment Arraignment hearing in this matter for September 10, 2012.

2. Counsel is negotiating a Pre-Indictment Disposition. Counsel requires more time to finalize pre- Indictment Plea Agreement with Government

3. Counsel is engaged in trial on the matter of People vs. Randy Harp, Case no.: BA359363(02), Department 133 of the Los Angeles County Superior Court,

Central District, Clara Shortridge Foltz Criminal Justice Center. This is a multiple defendant attempted murder, sales of a controlled substance, transportation of a controlled substance and possession of a firearm by a felon case where in defendant is currently in custody. Trial is estimated to last 3 weeks.

4. Based on the foregoing, counsel for defendants and the Government stipulate that the currently scheduled Post Indictment Arraignment date be continued from September 10, 2012, at 1:00 p.m., to October 1, 2012, at 1:00 p.m.

IT IS SO STIPULATED:
DATED: September 7, 2012                    /s/ Alex R. Kessel
                                            ALEX R. KESSEL
                                            Attorney for Defendant,
                                            BENGA AKANNI OYENIRAN


IT IS SO STIPULATED:
DATED: September 7, 2012                    /s/ Andrew Brown

                                            ANDREW BROWN
                                            Assistant United States Attorney,
                                            Attorney for Plaintiff,
                                            UNITED STATES OF AMERICA