ALEX R. KESSEL, ESQ. (State Bar No. 110715)
LAW OFFICES OF ALEX R. KESSEL
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: 818-995-1422
Facsimile: 818-788-9408

Attorney for Defendant,
BENGA AKANNI OYENIRAN,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2: 12-cr-00844 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER FOR CONTINUANCE OF POST INDICTMENT ARRAIGMENT HEARING. |
| vs. | |
| BENGA AKANNI OYENIRAN, | |
| Defendant. | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED the currently set Post Indictment Arraignment hearing on September 10, 2012 at 1:00 p.m. for Benga Akanni Oyeniran is continued to October 1, 2012 at 1:00 p.m.

Dated: 9-7-12

_____
U.S. DISTRICT COURT
MAGISTRATE JUDGE

1