# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:12-CR-00844</u>　　　　　Recorder: <u>CS 10/01/2012</u>　　　　　Date: <u>10/01/2012</u>

Present: The Honorable <u>Suzanne H. Segal</u>, U.S. Magistrate Judge

Court Clerk: <u>Terry R. Baker</u>　　　　　　　　　　Assistant U.S. Attorney: <u>Daniel Ahn</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| BENGA AKANNI OYENIRAN<br>　　CUSTODY-NOT PRESENT | ALEX R. KESSEL<br>　　　RETAINED-NOT PRESENT | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Court orders the Post Indictment Arraignment continued to 10/03/2012 at 1:00 p.m. - Courtroom 341 - Roybal Federal Building and U.S. Courthouse- Los Angeles at:

　　　　　　　　　　　　　　　　　　　　　　　　　　　First Appearance/Appointment of Counsel: <u>00 : 00</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PIA: <u>00 : 03</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: <u>TRB</u>

cc: Statistics Clerk, PSALA USMLA

---