

FILED
2012 OCT -3  PM 2: 17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Benga Akanni Oyeniran DEFENDANT(S). | CASE NUMBER CR No. 12-844- |
|---|---|
| | **WAIVER OF INDICTMENT** |

I, Benga Akanni Oyeniran                                            , the above-named defendant, who is accused of Conspiracy to commit bank fraud                                            , in violation of 18 U.S.C. 1349:                                            , being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 10/03/2012                    , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____ , on this date.

Date: _____

Before _____
         Judicial Officer

Interpreter