# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:12-CR-00844        Recorder: CS 10/03/2012        Date: 10/03/2012

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Terry R. Baker        Assistant U.S. Attorney: Nathaniel Walker

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| BENGA AKANNI OYENIRAN CUSTODY-PRESENT | ALEX R. KESSEL, special appearance by BRANDON DE JONGE RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge John A. Kronstadt.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA