# Exhibit A

# Exhibit A







