DIANA M. KWOK
Assistant United States Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA  90012
(213) 894-6529 / diana.kwok@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>BENGA AKANNI OYENIRAN,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 12-844-JAK<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

GOVERNMENT'S SUPPLEMENTAL SENTENCING POSITION; DECLARATION OF SEAN KLENIN; EXHIBITS THERETO

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

---

6/17/2013
Date

Diana M. Kwok
Attorney Name

United States of America
Party Represented

Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)                       NOTICE OF MANUAL FILING