UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.      LA CR12-00844 JAK                              Dated:  June 20, 2013

Title:            United States of America v. Benga Akanni Oyeniran

Present:       The Honorable John A. Kronstadt, United States District Judge

Interpreter:   N/A

| Andrea Keifer | Alex Joko | Diana M. Kwok |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A v. Defendant(s) | *Present* | *Cust.* | *Bond* | Attorney(s) for Defendant | *Present* | *App.* | *Ret.* |
|---|---|---|---|---|---|---|---|
| Benga Akanni Oyeniran | X | X | | Alex R. Kessel | X | | X |

**Proceedings:**        SENTENCING (Not Held; Continued)

The sentencing hearing is not held and the matter proceeds by way of a status conference. Defense counsel requests a continuance to complete a review of documents received recently from the Government. The Court grants the request and continues the Sentencing Hearing to July 18, 2013 at 8:30 a.m., however defense counsel is advised that no further continuances will be granted. Defendant shall file any supplemental sentencing position papers no later than June 28, 2013. The Government may file a response by July 11, 2013.

In light of the confidentiality of the documents provided by the Government, Defendant is ordered to return to his counsel any document(s) and/or notes containing confidential information after he has reviewed fully the documents. Defense counsel is ordered to maintain the documents and notes in the event any future reference to either is necessary.

**IT IS SO ORDERED.**

:      07

Initials of Deputy Clerk:      ak