ORIGINAL

Name/Address of Attorney or Pro Per

Benga Akanni Oyeniran
M-DC Los Angeles
Metropolitan Detention Center

Telephone _____

☐ FPD  ☐ Apptd  ☐ CJA  ☐ Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S),

v.

Benga Akanni Oyeniran DEFENDANT(S).

CASE NUMBER: 12-MJ-01863
CR 12-844-JAK

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:**
☐ 28 U.S.C. 753(f)
☐ 28 U.S.C. 1915

The undersigned **Benga Oyeniran**, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. The Court consider improper factors during
   b. Sentencing. e.g the amount of loss, The number of
   c. Victims, sophisticated means and 5 or more means of Identification.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes  ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?  ☐ Yes  ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

RECEIVED 2013 JUL 31 PM 2:15 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

c. Are you presently employed in prison? ☐ Yes ☒ No.
If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.
If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No

f. In what year did you last file an income tax return? 2011

g. Approximately how much income did your last tax return reflect? I don't Recall

h. List the persons who are dependent upon you for support and state your relationship to those persons. Danilola Oyeniran - Daughter, Ayomide Oyeniran Son, Abisoye Oyeniran - Daughter.

i. State monthly expenses, itemizing the major items. Rent - $2,000 Other expenses 1,000 total $3,000.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

7-26-13
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)